UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASON BOIES MELIUS,<br>Plaintiff,<br>v.<br>SUPERIOR COURT OF CONTRA COSTA COUNTY,<br>Defendant. | Case No. 26-cv-09322-VC<br>**ORDER OF DISMISSAL** |

Dason Boies Melius filed a "petition of prohibition extraordinary" which the court construes as petition for writ of habeas corpus. Dkt. No. 1. The same day, the Clerk sent Melius a notice stating that his completed *in forma pauperis* application or $5.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Two days later, after correcting Melius's address, the Clerk also sent a notice that a petition on the Court's form was due within 28 days. The notices included blank copies of the required forms and warned Melius if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Melius has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 21, 2026

VINCE CHHABRIA
United States District Judge